UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

BMO BANK N.A.,

            Plaintiff,

     v.

DEALERS CHOICE TRANSPORTER,
INC. and BHUPINDER GILL,

            Defendants.

No. 2:25-cv-1333-TLN-CKD

ORDER

On December 5, 2025, the magistrate judge filed findings and recommendations (ECF No. 15) that contained notice to all parties that any objections to the findings and recommendations were to be filed within fourteen days. The findings and recommendations were served on Defendants. (ECF No. 16.) No objections were filed and the time to do so has since elapsed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, the Court conducted a review of this case. Having carefully reviewed this matter, the Court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS ORDERED as follows:

1.      Plaintiff's motion for default judgment (ECF No. 10) is GRANTED, and judgment is entered in favor of BMO Bank N.A. and against Dealers Choice Transporter, Inc. on count one and against Bhupinder Gill on count two, for the sum of

1

$453,468.25 for the following:

    a.  $448,672.07 in damages for principal and interest;

    b.  $701.18 in costs; and

    c.  $4,095.00 in attorney's fees.

2.    The Clerk of the Court is directed to close this case.

Date: January 14, 2026

_____

TROY L. NUNLEY
CHIEF UNITED STATES DISTRICT JUDGE

2